**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN JACKSON DIVISION**

**TERRI SULLIVAN** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:25-cv-00550-HTW-LGI**

**SMITH COUNTY SCHOOL DISTRICT;
JOHN KING, INDIVIDUALLY; AND
JOEL HOUSTON, INDIVIDUALLY
AND IS HIS OFFICIAL CAPACITY** **DEFENDANTS**

**DEFENDANTS' MOTION TO STAY**

**NOW COME**, Defendants, John King and Smith County School District, by and through counsel, and respectfully move this Court for a stay of these proceedings pending resolution of these Defendants' Motion for Judgement on the Pleadings to Section 1983 Claims according to *Fed. R. Civ. P.* 12(b)(6) **[Doc. 16]** and would state to the Court, as follows:

## I. PREMISE

In her Amended Complaint, Terri Sullivan asserts §1983 claims against Smith County School District ("the School District") and its Superintendent John King in his individual capacity for their purported retaliatory actions in violation of her First Amendment rights under the Constitution in response to her alleged public criticism of Defendant Sheriff Joel Houston. **[Doc. 4].**

The School District and John King have answered the Amended Complaint and asserted their affirmative defenses **[Doc. 13]**, and as such, they submit the submitted Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c). **[Doc. 15].**

The Amended Complaint alleges Plaintiff Terri Sullivan was employed by J&L Janitorial Services ("J&L") and assigned by J&L to perform custodial duties at Raleigh Elementary School, which is in the School District. Ms. Sullivan alleges that because she was critical of Smith County

Sheriff Joel Houston and Deputy Wayne Thompson's investigation of the death of her son, she was reassigned to another school and subsequently terminated. For all the reasons outlined in Defendants' Memorandum of Authorities in support of this Motion, Plaintiff fails to state a viable First Amendment retaliation claim against the School District and Superintendent King.

As an initial matter, Plaintiff Ms. Sullivan alleges that a private actor, Lottie Keyes, owner of J&L, reassigned her, docketed her pay, and terminated her. Thus, she cannot show that she suffered constitutional deprivation at the hands of someone acting under the color of law, and her 42 U.S.C. §1983 claims are due to be dismissed with prejudice.

In addition, Plaintiff cannot maintain a claim against the School District because she has failed to allege that any retaliation for her speech was a result of a custom, practice or policy of the School District or due to the act of a final policymaker for the School District. As such, alternatively, Plaintiff's §1983 claim against the School District is due to be dismissed without prejudice.

As for John King in his individual capacity, Plaintiff's Amended Complaint fails to allege that John King was directly involved in her transfer, reduction in pay or termination. Moreover, Plaintiff's Amended Complaint fails to plead with enough specificity to that King violated her First Amendment rights or that he acted in a manner that was unreasonable or contrary to clearly established law. As a result, King is likewise entitled to the alternative relief of dismissal without prejudice based on the facts as alleged in the Amended Complaint.

Defendants' Motion remains pending before this Court, including the Individual Defendant's Motion based, in part, on immunity grounds. Therefore, by operation of Local Uniform Civil Rule 16(b)(3)(B), a stay of all proceedings is warranted.

## III. AUTHORITIES

Due to the straightforward nature of this Motion to Stay, Defendants would ask that the requirement of a separate memorandum brief be waived,.

**WHEREFORE, DEFENDANTS RESPECTFULLY PRAY** that the Court stay this proceeding pending Defendants' Motion for Judgment on the Pleadings **[Doc. 15]**.

**RESPECTFULLY SUBMITTED**, this the 9th day of March, 2026.

**JACKS GRIFFITH LUCIANO, P.A.**

By: */s/ Mary McKay Griffith*
Mary McKay Griffith, MS Bar No. 100785
Counsel for Defendants John King and
Smith County School District

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Facsimile: 662-843-6176
Email: mgriffith@jlpalaw.com

**CERTIFICATE OF SERVICE**

I, Mary McKay Griffith attorney of record for Defendants, John King and Smith County School District, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Defendants' Motion to Stay* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein:

Louis H. Watson
The Watson Law Firm, PLLC
1501 Jackson Ave W, Ste 113
Oxford, MS 38655-2566
Phone: 601-253-1177
Fax: 601-968-0010
Email: louis@thewatsonlawfirm.com
**Attorney for Plaintiff**

**DATED** this 9th day of March, 2026

*/s/ Mary McKay Griffith*
Mary McKay Griffith